U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 19 2021

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| PATHMAKUMAR MITHUSHAN | CASE NO. 20-cv-602 |
| -vs- | JUDGE DRELL |
| WILLIAM P BARR ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Mithushan's Petition for Writ of Habeas Corpus under 28 U.S.C. Motion §2241 (Doc. 5 ) is **DENIED**.

Additionally, the Court notes the copy of the report and recommendation mailed March 25, 2021 to Mr. Mithushan's last known address was returned to the Clerk of Court on March 31, 2021, but no correction to Defendant's address has been received by the Court. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**THUS, ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 18th day of April 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT